Order issued January 17, 2013

000157



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-09-01520-CV

## BDO SEIDMAN, LLP, JAMES FIELDING, MORRIS GOTTLIEB, AND LAWRENCE COHEN, Appellants

### V.

## J.A. GREEN DEVELOPMENT CORP., JAGI, INC., AND JAGI VERDE LLC, Appellees

## ORDER

Morgan, Lewis, & Bockius LLP's motion to clarify or, in the alternative, vacate and reissue mandate is **DENIED**.

MICHAEL J. O'NEILL
JUSTICE